## MOTION DOCKET

**90–1051.** Episcopal Retirement Homes, Inc. v. Ohio Dept. of Industrial Relations. *Hamilton County*, No. C–880774. On motion for recusal and/or disqualification of Justice Alice Robie Resnick. *Sua sponte*, motion stricken.

MOYER, C.J., and HOLMES, J., not participating.

**90–1815.** State v. Slagle. *Cuyahoga County*, No. 55759. On motion to dissolve stay. Motion granted.

**90–1920.** State, ex rel. Foreman, v. Indus. Comm. *Franklin County*, No. 89AP–70. On motion for leave to supplement the record. Motion granted.

**90–2332.** State, ex rel. Hadlock, v. Bonanno. In Mandamus. On motion for sanctions and contempt. *Sua sponte*, motion for sanctions and contempt converted to motion for summary judgment. Motion for summary judgment granted.

MOYER, C.J., not participating.

**91–42.** State, ex rel. Smiddy, v. Indus. Comm. In Mandamus. On request for oral argument. Request denied.

WRIGHT, J., dissents.

**91–601.** Wise v. Timmons. *Pickaway County*, No. 89–CA–14. On motion to consolidate with 91–351, *Ramage v. Central Ohio Emergency Serv., Inc.*, Guernsey County, No. 89–CA–43; 91–370, *Ramage v. Central Ohio Emergency Serv., Inc.*, Guernsey County, Nos. 89–CA–43, 90–CA–20 and 90–CA–49; and 91–371, *Ramage v. Central Ohio Emergency Serv., Inc.*, Guernsey County, Nos. 89–CA–43, 89–CA–49 and 90–CA–20. Motion denied.

HOLMES, J., dissents.

**91–1220.** Big Boy's Toy, Ltd. v. Limbach. Board of Tax Appeals, No. 89–H–648. On request to present oral argument to full court. Request denied.

HOLMES, J., dissents.

**91–1465.** State, ex rel. Mileff, v. Mifflin Twp. *Franklin County*, No. 88AP–108. On motion for leave to file appellant's brief instanter. Motion granted.

**91–1505.** State v. Moore. *Franklin County*, No. 90AP–731. On motion for leave to file memorandum in support instanter. Motion granted.

**91–1589.** State v. Van Gundy. *Franklin County*, Nos. 90AP–473, 90AP–475, 90AP–477 and 91AP–474. On motion for leave to file *amicus* of Columbus. Motion granted.

**91–1597.** State, ex rel. Baran, v. Fuerst. *Cuyahoga County*, No. 56679. On motion for leave to amend brief. Motion granted.

**91–1692.** Beebe–Owen v. Western Ohio Pizza, Inc. *Montgomery County*, No. CA 12351. On motion for immediate reversal. Motion denied.

MOYER, C.J., would strike the motion.

H. BROWN, J., not participating.

**91–1840.** Akron v. Batten. *Summit County*, No. 15022. On motion for leave to file memorandum in support instanter. Motion granted.

**91–1904.** Bowling Promotions, Inc. v. Albright. *Defiance County*, No. 4–90–13. On motion for leave to file memorandum in support of cross-appeal instanter. Motion granted.

WRIGHT and RESNICK, JJ., dissent.